USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                    :
M.N.,                                                               :
                                                                    :
    Plaintiff,                                                      :        ORDER
                                                                    :        26-cv-4836 (NSR)(JCM)
            -against-                                               :
                                                                    :
JEANINE CONNERS,                                                    :
    Defendant.                                                      :
-------------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

The Court has been advised that Plaintiff commenced this action under a pseudonym without first seeking leave of Court. Plaintiff is directed to, by June 26, 2026, either: (1) file a motion for leave to proceed under a pseudonym; or (2) file an amended complaint identifying Plaintiff by name. The Clerk of Court is respectfully directed to hold issuance of the requested summons in abeyance pending further order of the Court.

Dated: June 18, 2026
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge