UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.N.,<br><br>Plaintiff,<br><br>-against-<br><br>JEANINE CONNERS,<br><br>Defendant. | No. 26-CV-04836 (NSR) |

NELSON S. ROMÁN, United States District Judge:

On June 18, 2026, the Court directed Plaintiff, on or before June 26, 2026, to either (1) file a motion seeking leave to proceed under a pseudonym or (2) file an amended complaint identifying Plaintiff by her proper name. (ECF No. 6.) To date, Plaintiff has done neither.

Accordingly, Plaintiff is hereby ORDERED to show cause in writing, by October 16, 2026, why the Court should not issue an Order requiring Plaintiff to file an amended complaint identifying Plaintiff by her proper name for failure to comply with the Court's June 18, 2026 Order.

Plaintiff is further directed to promptly correct the deficiencies identified with respect to the proposed summons at ECF No. 5 and submit a corrected request for issuance of summons that accurately identifies Defendant consistent with the operative pleading.

Failure to timely comply with this Order may result in the Court directing Plaintiff to proceed under her proper name and/or imposing such other relief as the Court deems appropriate.

Dated: September 16, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE